UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO DOMINGUEZ-ROBLES,<br><br>Defendant. | NO:  13-CR-2097-TOR<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE |

On November 24, 2015, Defendant appeared before the Court and entered a guilty plea to one count of Unlawful Animal Fighting Venture in violation of 7 U.S.C. § 2156(a)(1) in cause number 13-CR-2094-TOR-10.  At the hearing, Defendant confirmed his previous waiver of the preparation of a Presentence Investigation Report pursuant to Fed. R. Crim. Pro. 32, and requested the Court proceed directly to sentencing.  At the conclusion of the sentencing portion of the hearing, the government orally moved to dismiss the indictment in this matter pursuant to the plea agreement in cause number 13-CR-2094-TOR-10.  For good

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 1

cause shown, the Court granted the motion, but made no judgment as to the merit or wisdom of the dismissal.

Accordingly, IT IS HEREBY ORDERED:

The United States' oral motion to dismiss indictment is **GRANTED**.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

**DATED** November 25, 2015.



THOMAS O. RICE
United States District Judge